PEOPLE v. NICHOLSON. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Agis T. Nicholson. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against James O'Connor. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. PALMER, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Mary Palmer. H. S. Mansfield, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. PISANO, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against Raffaolo Pisano. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. PIVEN, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against Ike Piven. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. RIBLE, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Adolph Rible. C. E. Le Barbier, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment and orders affirmed. Order filed. See, also, 152 N. Y. Supp. 1133.

PEOPLE, Respondent, v. RIGGS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Proceeding by the People of the State of New York against Leslie A. Riggs.

PER CURIAM. Judgment of conviction reversed, and new trial granted. Held, that the verdict of the jury, in so far as the same included a finding that the burning of the building mentioned in the indictment was done by the defendant with the intent to cheat and defraud the insurance company, was against the weight of the evidence; also held, that the written confession, dated February 23, 1914, was not the voluntary confession of the defendant, but the same was induced and procured by means of threats, intimidation, and coercion.

ROBSON and MERRELL, JJ., dissent.

PEOPLE v. ROBINSON. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against Morris Robinson, in which Abraham Gabriel appeals. L. H. Solomon, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Orders affirmed. Order filed.

PEOPLE, Respondent, v. ROSEBROCK BUTTER & EGG CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York against the Rosebrock Butter & Egg Company, Incorporated. G. P. Foulk, of New York City, for appellant. J. F. O'Brien, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

LAUGHLIN and HOTCHKISS, JJ., dissent.

PEOPLE, Respondent, v. SCHARF, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York against William Scharf. No opinion. Motion granted. Settle order before Mr. Justice Mills. See, also, 153 N. Y. Supp. 1045.

PEOPLE v. STATE BANK OF FORESTVILLE. In re SMITH. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Proceeding by the People of the State of New York against the State Bank of Forestville. In the matter of the final accounting of Frank E. Smith, as receiver, etc. No opinion. Decree affirmed, with costs. See, also, 153 N. Y. Supp. 1134.

PEOPLE v. TOLAND. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Proceeding by the People of the State of New York against Ward Toland. No opinion. Motion granted. See, also, 165 App. Div. 795, 151 N. Y. Supp. 482.

PEOPLE, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Proceeding by the People of the State of New York against Kirk N. Warner. No opinion. Judgment of conviction affirmed.